## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Daniel L. Tabb, Jr., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 16-cv-00541 (GMS) |
| | ) | |
| Atlantic Law Group, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

### STIPULATION AND ORDER RESOVING COMPLAINT AGAINT ATLANTIC LAW GROUP

IT IS HEREBY STIPULATED AND AGREED, on __4│17__ 2018, by and

between Atlantic Law Group, LLC (the "Defendant") and Daniel L. Tabb, Jr., (the "Plaintiff"),

that:

1. The parties agree that the Complaint against Atlantic Law Group, LLC, Civ. No 16-

   00541 is hereby resolved and that the case should be dismissed as to Defendant

   Atlantic Law Group, LLC.


_____
Melanie J. Thompson, Esquire ID3588
Atlantic Law Group
1201 N. Orange Street, 7th Floor
Wilmington, DE 19801

_____
Daniel L. Tabb, Jr.,
202 E. Wayne Way
Middletown, DE 19709


Dated: __4│17__, 2018
Wilmington, Delaware

_____
HON. GREGORY M. SLEET
UNITED STATES DISTRICT JUDGE