IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Daniel L. Tabb, Jr., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>Atlantic Law Group, LLC, )<br>)<br>Defendant. ) | Case No. 16-cv-00541 (GMS) |

### STIPULATION AND ORDER RESOVING COMPLAINT AGAINT ATLANTIC LAW GROUP

IT IS HEREBY STIPULATED AND AGREED, on 4|17 2018, by and between Atlantic Law Group, LLC (the "Defendant") and Daniel L. Tabb, Jr., (the "Plaintiff"), that:

1. The parties agree that the Complaint against Atlantic Law Group, LLC, Civ. No 16-00541 is hereby resolved and that the case should be dismissed as to Defendant Atlantic Law Group, LLC.

_____
Melanie J. Thompson, Esquire ID3588
Atlantic Law Group
1201 N. Orange Street, 7th Floor
Wilmington, DE 19801

Dated: 4|17, 2018
Wilmington, Delaware

_____
Daniel L. Tabb, Jr.,
202 E. Wayne Way
Middletown, DE 19709

_____
HON. GREGORY M. SLEET
UNITED STATES DISTRICT JUDGE